# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

### CASE NO.: 7:15-CV-00220-D

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>　　　　Plaintiff,<br>vs.<br><br>CAROLYN LOCKLEAR, LENNIE LOCKLEAR a/k/a LINNIE LOCKLEAR, MERITAGE MORTGAGE CORPORATION, LUMBEE GUARANTY BANK, THE UNITED STATES OF AMERICA ACTING THROUGH IT'S AGENCY THE INTERNAL REVENUE SERVICE, AND THE NORTH CAROLINA DEPARTMENT OF REVENUE,<br><br>　　　　Defendants. | **PROPOSED ENTRY OF DEFAULT AGAINST DEFENDANTS CAROLYN LOCKLEAR, LENNIE LOCKLEAR a/k/a LINNIE LOCKLEAR, AND MERITAGE MORTGAGE CORPORATION**<br><br>**Removed from Robeson County Superior Court (Case No. 15 CVS 01958)** |

　　**THIS CAUSE,** being heard before the undersigned Clerk of Superior Court of Columbus County, North Carolina, upon Plaintiff's Motion for Entry of Default against Defendants, Carolyn Locklear, Lennie Locklear A/K/A Linnie Locklear, and Meritage Mortgage Corporation, pursuant to Rule 55 of the Federal Rules of Civil Procedure,

　　**AND IT APPEARING** to the Court, and the Court finding that said Defendants have been properly served the Summons and Complaint in this matter,

　　**AND IT APPEARING** to the Court, and the Court finding that said Defendants have failed to answer, respond, or otherwise plead within the time allowed,

　　**NOW, THEREFORE, IT IS HEREBY ORDERED,** that Default be and hereby is entered against Defendants, Carolyn Locklear, Lennie Locklear A/K/A Linnie Locklear, and Meritage Mortgage Corporation.

This the 1st day of August, 2016.

_____
JULIE RICHARDS JOHNSTON
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION**

**CASE NO.: 7:15-CV-00220-D**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>       Plaintiffs,<br>vs.<br><br>CAROLYN LOCKLEAR, LENNIE LOCKLEAR a/k/a LINNIE LOCKLEAR, MERITAGE MORTGAGE CORPORATION, LUMBEE GUARANTY BANK, THE UNITED STATES OF AMERICA ACTING THROUGH IT'S A GENCY THE INTERNAL REVENUE SERVICE, AND THE NORTH CAROLINA DEPARTMENT OF REVENUE,<br><br>       Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on July 5, 2016, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF and served via First-Class Mail, postage prepaid, addressed to:

| | |
|---|---|
| Linnie Locklear<br>508 Fodiesville Road<br>Shannon, NC 28386-6032 | Carolyn Locklear<br>508 Fodiesville Road<br>Shannon, NC 28386-6032 |
| Lumbee Guaranty Bank<br>PO Box 908<br>Pembroke, NC 28372 | Meritage Mortgage Corporation<br>Legal Department<br>7215 Financial Way<br>Jacksonville, FL 32256 |

And served via ECF to:

| | |
|---|---|
| Ronald D. Williams<br>Assistant Attorney General<br>P.O.Box 629<br>Raleigh, NC 27602-0629 | Michael Anderson<br>United States Attorney<br>Federal Building, Suite 800<br>310 New Bern Ave.<br>Raleigh, NC 27602-0871 |

                                      BROCK & SCOTT, PLLC
                                      BY:     /s/ Franklin Greene
                                                 Franklin Greene