IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CV-220-D

BAYVIEW LOAN SERVICING, LLC,                )
                                             )
        Plaintiff,                           )
                                             )
    v.                                       )    ORDER
                                             )
CAROLYN LOCKLEAR, ET AL.,                    )
                                             )
        Defendants.                          )

For good cause shown on the parties' joint motion to stay the Court's order for a discovery plan pending the Court's ruling on Defendant's motion for summary judgment, it is hereby

ORDERED that the Court's order for a discovery plan [D.E. 20] is stayed pending further ruling from this Court.

SO ORDERED. This **15** day of September, 2016.

                                                JAMES C. DEVER III
                                                Chief United States District Judge