UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) **CASE NO. 7:15-cv-220-D** |
| | ) |
| CAROLYN LOCKLEAR, LENNIE LOCKLEAR, | ) |
| MERITAGE MORTGAGE CORPORATION, | ) |
| LUMBEE GUARANTY BANK, UNITED | ) |
| STATES OF AMERICA, and NORTH | ) |
| CAROLINA DEPARTMENT OF REVENUE, | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Deed conveying the real property located at 508 Fodiesville Road, Shannon, NC 28336 (the "Property"), from Jeff Locklear and Retha Jane Locker to Carolyn Locklear and "Linnie Locklear," dated December 11, 1995 and recorded on December 12, 1995, in Book 888 at Page 005 of the Robeson County Register of Deeds is reformed to include the correct spelling of Lennie Locklear. The Deed dated December 11, 1995 and recorded on December 12, 1995, in Book 888 at Page 005 of the Robeson County Register of Deeds is declared to be a valid conveyance of the Property to Carolyn Locklear and Lennie Locklear effective as of its recording on December 12, 1995. A money judgment is entered against Defendants Carolyn Locklear and Lennie Locklear, jointly and severally, in the amount of $131,389.71, plus post-judgment interest from July 18, 2017 as allowed by law. All other claims raised by Plaintiff in its July 30, 2015 Complaint [D.E. 1-1] are DENIED.

**This Judgment Filed and Entered on December 20, 2018, and Copies To:**

| | |
|---|---|
| Alan Marc Presel | (via CM/ECF electronic notification) |
| Franklin L. Greene | (via CM/ECF electronic notification) |
| Christopher M. Anderson | (via CM/ECF electronic notification) |
| David D. Lennon | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

December 20, 2018  (By) /s/ Nicole Sellers

 Deputy Clerk